# Kelley, Matthew E.

| | |
|---|---|
| **From:** | USADC-ServiceCivil <USADC.ServiceCivil@usdoj.gov> |
| **Sent:** | Wednesday, November 15, 2023 9:31 PM |
| **To:** | Kelley, Matthew E. |
| **Subject:** | RE: WP Company, LLC v. Defense Counterintelligence and Security Agency, 23-3333 |
| **FilingDate:** | 11/22/2023 10:21:38 AM |

## ⚠ EXTERNAL

Your service package has been received and accepted with a service date of November 13, 2023.  Thank you.

---

**From:** Kelley, Matthew E. <KelleyM@ballardspahr.com>
**Sent:** Monday, November 13, 2023 11:53 AM
**To:** USADC-ServiceCivil <USADC-ServiceCivil@usa.doj.gov>
**Subject:** [EXTERNAL] WP Company, LLC v. Defense Counterintelligence and Security Agency, 23-3333

To the U.S. Attorney's Office Intake Clerk:

Please see the attached summons, complaint and associated documents for No. 1:23-cv-3333, WP Company, LLC v. Defense Security and Counterintelligence Agency.

Best,

**Matthew E. Kelley**
**He/Him/His**
2023 Pro Bono Honor Roll – Gold

| | |
|---|---|
| 1909 K Street, NW | 1 East Washington Street |
| 12th Floor | Suite 2300 |
| Washington, DC | Phoenix, AZ |
| 20006-1157 | 85004-2555 |

202.508.1112 DIRECT
202.661.2299 FAX

202.276.0371 MOBILE | kelleym@ballardspahr.com
VCARD

www.ballardspahr.com