# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

WP Company LLC d/b/a The Washington Post

Plaintiff

Case No.: 1:23-cv-03333-TJK

vs.

Defense Counterintelligence and Security Agency

Defendant

## AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

I, Ethan Cha, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons, Notice of Right to Consent to Trial before a United States Magistrate Judge, Notice, Consent, and Reference of a Civil Action to a Magistrate Judge, Civil Cover Sheet, and Complaint with Exhibits

SERVE TO: Merrick B. Garland, Attorney General of the United States

SERVICE ADDRESS: U.S. Department of Justice, Justice Management Division, 950 Pennsylvania Avenue, NW, Room 1111, Washington, DC 20530

METHOD OF SERVICE: Per COVID-19 service of process protocol, service was completed by mailing a copy of the documents listed herein to Merrick B. Garland, Attorney General of the United States, U.S. Department of Justice, Justice Management Division, 950 Pennsylvania Avenue, NW, Room 1111, Washington, DC 20530 on 11/13/2023 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 7022 0410 0002 4229 5251.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

11-13-23
Executed On

Ethan Cha

Client Ref Number: 00412305
Job #: 1626574

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

FOIA Summons
1/13

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

WP Company, LLC d/b/a The Washington Post )
_Plaintiff_ )
)
v. ) Civil Action No. 1:23-cv-3333
Defense Counterintelligence and Security Agency )
_Defendant_ )

## SUMMONS IN A CIVIL ACTION

To:   _(Defendant's name and address)_

Merrick B. Garland, Attorney General of the United States
U.S. Department of Justice
Justice Management Division
950 Pennsylvania Ave. NW, Room 1111
Washington, DC 20530

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Charles D. Tobin
Matthew E. Kelley
Ballard Spahr LLP
1909 K Street, NW, 12th Floor
Washington, DC 20006

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



ANGELA D. CAESAR, CLERK OF COURT

Date: 11/08/2023

/s/ Dwight Patterson

_Signature of Clerk or Deputy Clerk_