UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

WP Company LLC d/b/a The Washington Post

Plaintiff

Case No.: 1:23-cv-03333-TJK

vs.

Defense Counterintelligence and Security Agency

Defendant

## AFFIDAVIT OF SERVICE

I, George Illidge, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons, Notice of Right to Consent to Trial before a United States Magistrate Judge, Notice, Consent, and Reference of a Civil Action to a Magistrate Judge, Civil Cover Sheet, and Complaint with Exhibits in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 11/15/2023 at 12:00 PM, I served Defense Counterintelligence and Security Agency at 27130 Telegraph Road, Quantico, Virginia 22134 with the Summons, Notice of Right to Consent to Trial before a United States Magistrate Judge, Notice, Consent, and Reference of a Civil Action to a Magistrate Judge, Civil Cover Sheet, and Complaint with Exhibits by serving Jason Benitez, Senior Program Manager, authorized to accept service.

Jason Benitez is described herein as:

Gender: Male    Race/Skin: White    Age: 47    Weight: 165    Height: 5'10"    Hair: Brown    Glasses: No

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

11/17/23
Executed On

George Illidge

Client Ref Number: 00412305
Job #: 1626577

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

FOIA Summons
1/13

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

WP Company, LLC d/b/a The Washington Post

*Plaintiff*

v.

Defense Counterintelligence and Security Agency

*Defendant*

Civil Action No. 1:23-cv-3333

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Defense Counterintelligence and Security Agency
27130 Telegraph Road
Quantico, VA 22134

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Charles D. Tobin
Matthew E. Kelley
Ballard Spahr LLP
1909 K Street, NW, 12th Floor
Washington, DC 20006

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



ANGELA D. CAESAR, CLERK OF COURT

Date: 11/08/2023

/s/ Dwight Patterson

*Signature of Clerk or Deputy Clerk*