# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

WP Company LLC d/b/a The Washington Post

**Plaintiff**

Case No.: 1:23-cv-03333-TJK

vs.

Defense Counterintelligence and Security Agency

**Defendant**

## AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

I, Ethan Cha, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons, Notice of Right to Consent to Trial before a United States Magistrate Judge, Notice, Consent, and Reference of a Civil Action to a Magistrate Judge, Civil Cover Sheet, and Complaint with Exhibits

SERVE TO: Merrick B. Garland, Attorney General of the United States

SERVICE ADDRESS: U.S. Department of Justice, Justice Management Division, 950 Pennsylvania Avenue, NW, Room 1111, Washington, DC 20530

METHOD OF SERVICE: By mailing the documents listed herein to Merrick B. Garland, Attorney General of the United States at U.S. Department of Justice, Justice Management Division, 950 Pennsylvania Avenue, NW, Room 1111, Washington, DC 20530 on 11/13/2023 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 7022 0410 0002 4229 5251. Service was delivered on 11/20/2023, per USPS.com - USPS Tracking Results attached.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

11-27-23
Executed On

Ethan Cha

Client Ref Number: 00412305
Job #: 1626574

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

FOIA Summons
1/13

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

WP Company, LLC d/b/a The Washington Post

*Plaintiff*

v.

Defense Counterintelligence and Security Agency

*Defendant*

Civil Action No. 1:23-cv-3333

## SUMMONS IN A CIVIL ACTION

To:  *(Defendant's name and address)*

    Merrick B. Garland, Attorney General of the United States
    U.S. Department of Justice
    Justice Management Division
    950 Pennsylvania Ave. NW, Room 1111
    Washington, DC 20530

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Charles D. Tobin
    Matthew E. Kelley
    Ballard Spahr LLP
    1909 K Street, NW, 12th Floor
    Washington, DC 20006

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date: 11/08/2023

/s/ Dwight Patterson

*Signature of Clerk or Deputy Clerk*

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Merrick B. Garland, US Attorney General<br>US Dept. of Justice, Justice Management Division<br>950 Pennsylvania Ave, NW, Room 1111<br>Washington, DC 20530 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 8172 3030 3889 40 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☒ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ ...Mail<br>☐ ...Mail Restricted Delivery | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7022 0410 0002 4229 5251 | |

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt