UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WP COMPANY LLC,<br><br>      *Plaintiff*,<br><br>    v.<br><br>DEFENSE COUNTERINTELLIGENCE AND SECURITY AGENCY,<br><br>      *Defendant*. | Civil Action No. 23-3333 (TJK) |

## **CONSENT MOTION FOR EXTENSION**

Defendant the Defense Counterintelligence and Security Agency ("Defendant" or the "Agency"), by and through undersigned counsel, respectfully moves to extend the deadline to submit a joint status report pursuant to this Court's Minute Order of December 15, 2023, until January 15, 2024. Plaintiff, through counsel, has graciously consented to the relief sought by this motion.

Plaintiff filed this suit on November 8, 2023, and served the U.S. Attorney's Office on or about November 13, 2023. Plaintiff seeks to compel the production of records pursuant to the Freedom of Information Act. Defendant filed its Answer on December 14, 2023.

Defendant proposes this extension in good faith and not for the purpose of delay. Undersigned counsel is traveling out of the country for the next two weeks—between December 20, 2023, and January 6, 2024—and will have no access to his government accounts or equipment. Agency counsel for Defendant is also traveling, and Defendant needs additional time to evaluate the current status of the requests and propose a schedule to Plaintiff.

This is Defendant's first request for an extension in this matter. Granting the requested extension will not impact any other deadlines and will serve the interests of justice by affording

government counsel a reasonable period of additional time to further discuss this matter with the relevant agency, gather necessary information, explore whether this case may be resolved without litigation, and determine a proposed production schedule.

      WHEREFORE, with Plaintiff's consent, Defendant respectfully requests that the deadline to submit the parties' joint status report be extended through and including January 15, 2024. A proposed order is enclosed herewith.

Dated: December 19, 2023
Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES
D.C. Bar No. #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:    */s/ Kartik N. Venguswamy*
KARTIK N. VENGUSWAMY
D.C. Bar No. #983326
Assistant United States Attorney
601 D Street, NW
Washington, D.C. 20530
Tel: (202) 252-1790
kartik.venguswamy@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WP COMPANY LLC,<br><br>    *Plaintiff*,<br><br>    v.<br><br>DEFENSE COUNTERINTELLIGENCE AND SECURITY AGENCY,<br><br>    *Defendant*. | Civil Action No. 23-3333 (TJK) |

### [PROPOSED] ORDER

UPON CONSIDERATION of Defendant's consent motion for an extension of time to submit a joint status report, and for good cause shown and the entire record herein, it is hereby

ORDERED that Defendant's consent motion is GRANTED; and it is further

ORDERED that the Parties shall have through and including January 15, 2024, to submit their joint status report in this action.

SO ORDERED:

_____         _____
Dated                                                                United States District Judge