UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WP COMPANY LLC,<br><br>      *Plaintiff*,<br><br>  v.<br><br>DEFENSE COUNTERINTELLIGENCE AND SECURITY AGENCY,<br><br>      *Defendant*. | Civil Action No. 23-3333 (TJK) |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order of January 18, 2023, the parties, by and through respective undersigned counsel, report to the Court as follows.

1. This lawsuit involves an August 8, 2023, Freedom of Information Act ("FOIA") request directed to Defendant seeking documents relating to a background investigation.

2. Plaintiff filed suit on November 7, 2023, to compel the production of responsive records. Defendant filed its Answer on December 14, 2023.

3. Defendant has completed its initial search and collection of potentially responsive records and has identified approximately 150 pages, which it is now processing. Defendant intends to make an initial production of responsive records and portions thereof which are not subject to any exemptions within the next 30 days, and will continue to make rolling productions as necessary every 30 days thereafter.

4. In the meantime, the Parties have agreed to continue to work together to address and resolve any outstanding issues or concerns that may arise once Plaintiff has reviewed the productions.

- 2 -

5. The parties respectfully propose filing joint status reports every sixty days to update the Court on the current status of the FOIA request, as well as any changes or modifications to the expected processing schedule.

6. The parties accordingly propose filing their next status report on March 18, 2024, to update the Court on the status of the FOIA request and the parties' proposed next steps.

\*   \*   \*

Dated: January 18, 2024
Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES
D.C. Bar No. #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:   /s/ Kartik N. Venguswamy
KARTIK N. VENGUSWAMY
D.C. Bar No. #983326
Assistant United States Attorney
601 D Street, NW
Washington, D.C. 20530
Tel: (202) 252-1790
kartik.venguswamy@usdoj.gov

*Attorneys for the United States of America*


BALLARD SPAHR LLP

/s/ *Matthew E. Kelley*
Charles D. Tobin (#455593)
Matthew E. Kelley (#1018126)
1909 K Street, NW, 12th Floor
Washington, DC 20006
Telephone: (202) 661-2200
Fax: (202) 661-2299
tobinc@ballardspahr.com
kelleym@ballardspahr.com

*Counsel for Plaintiff WP Company LLC d/b/a The Washington Post*