UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WP COMPANY LLC,<br><br>   *Plaintiff*,<br><br>  v.<br><br>DEFENSE COUNTERINTELLIGENCE AND SECURITY AGENCY,<br><br>   *Defendant*. | Civil Action No. 23-3333 (TJK) |

### **JOINT STATUS REPORT**

  Pursuant to the Court's Minute Order of March 20, 2024, the parties, by and through respective undersigned counsel, report to the Court as follows.

  1. This lawsuit involves an August 8, 2023, Freedom of Information Act ("FOIA") request directed to Defendant seeking documents relating to a background investigation.

  2. Plaintiff filed suit on November 7, 2023, to compel the production of responsive records.  Defendant filed its Answer on December 14, 2023.

  3. As previously reported, Defendant completed its initial search and collection of potentially responsive records and identified approximately 150 pages.

  4. After processing, Defendant has determined that all of the records are subject to exemptions, as Plaintiff was previously informed, and that no records will be released.

  5. Plaintiff has now evaluated this response, and the parties agree that the next step is to proceed to summary judgment.

6. Accordingly, the parties intend to meet and confer in the next two weeks regarding the remaining issues between the parties, the extent to which any matters can be resolved, and a proposed briefing schedule. The parties propose filing their next status report on May 17, 2024, to provide the Court with a proposed schedule for summary judgment briefing.

Dated: April 17, 2024

Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES
D.C. Bar No. #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:   /s/ *Kartik N. Venguswamy*
KARTIK N. VENGUSWAMY
D.C. Bar No. #983326
Assistant United States Attorney
601 D Street, NW
Washington, D.C. 20530
Tel: (202) 252-1790
kartik.venguswamy@usdoj.gov

*Attorneys for the United States of America*

BALLARD SPAHR LLP

/s/ *Matthew E. Kelley*
Charles D. Tobin (#455593)
Matthew E. Kelley (#1018126)
1909 K Street, NW, 12th Floor
Washington, DC 20006
Telephone: (202) 661-2200
Fax: (202) 661-2299
tobinc@ballardspahr.com
kelleym@ballardspahr.com

*Counsel for Plaintiff WP Company LLC
d/b/a The Washington Post*