<u>WP Company, LLC d/b/a The Washington Post v. Defense Counterintelligence and Security Agency</u>

Civil Action No. 1:23-cv-3333
U.S. District Court
District of Columbia

<u>Vaughn Index</u>

This index contains a descripton of the investigation and ajudication records withheld in full by the DCSA in response to the plaintiff's August 8, 2023 request.  The withholding was deliberative in nature as it's relevant only to Mr. Teixeira and the investigative results of his background investigation.

Releasing without the consent of Mr. Teixeira would violate his personal privacy interests, which outweighs the public interest in understanding the practices and procedures of the agency.

| DESCRIPTION | DATE | PAGES | EXEMPTION | DOC. DESCRIPTION | BASIS FOR WITHHOLDING |
|---|---|---|---|---|---|
| Case Closing Transmittal (CCT) | February 9, 2020 | 1 | FOIA exemptions 6 and 7<br><br>5 USC § 552 (b)(6) and (b)(7)(C)<br><br>FOIA Exemption (b)(3) (citing to The Bank Secrecy Act, 31 USC 5319)<br><br>FOIA Exemption (b)(7)(E) | The CCT provides a summary of investigated activities and results, and indicates one of the following closing actions: Closed-Complete (CM), Closed-Pending (CP), Incomplete (IC), or Discontinued (DC). | Sensitive Personally Identifiable Information (PII) would include Mr. Teixeira's full name, SSN, DOB, and third party name(s) and contact information for those representing the sponsoring agency.<br><br>Portions of the documents contain information that would require additional protections, on behalf of DCSA or other Federal agencies.  If released, it would divulge investigative techniques or means by which investigative material  is collected or disseminated.<br><br>Information collected from the Financial Crimes Enforcment Network (FinCEN) and withheld on their behalf.<br><br>Information collected from the Federal Bureau of Investigations and withheld on their behalf.<br><br>An internal comment desginating the investigation for additional review based on the information collected. |
| Case Closing Transmittal (CCT) | May 4, 2020 | 4 | | | |

| Document | Date | Pages | FOIA Exemptions | Description | Response |
|---|---|---|---|---|---|
| Content Summary Sheet (CSS) | May 4, 2020 | 3 | FOIA exemptions 6 and 7 5 USC § 552 (b)(6) and (b)(7)(C)  FOIA Exemption (b)(3) (citing to The Bank Secrecy Act, 31 USC 5319)  FOIA Exemption (b)(7)(E) | The CSS is a supplement to the Case Closing Transmittal. It is an index of all items in the investigation and is divided into content sections. Generally, the CSS follows the order of the Standard Form with headings for subject, spouse, cohabitant, or relative National Agency Check (NAC) items, if applicable. | DCSA-B 23-10987 Response In addition to what cited above, a portion of the documents contain information that would require additional protections, on behalf of DCSA or other Federal agencies. If released, it would divulge investigative techniques or means by which investigative material is collected or disseminated  Sensitive PII would include the individuals's full name.  The results of of inquiries conducted with the FinCEN and the FBI.  An internal comment desginating the investigation for additional review based on the information collected. |
| Certificate of Investigation (COI) | May 4, 2020 | 1 | Exemptions 6 and 7 of the FOIA 5 USC § 552 (b)(6) and (b)(7)(C) | The COI is a notice included in the investigative package that a Security Office Identifier (SOI) can send to the (Submitting Office Number) SON, after adjudication, for filing in the applicant's OPF. | DCSA-B 23-10987 Response In addition to what cited above, a portion of the documents contain sensitive PII to include Mr. Teixeira's full name, SSN, and DOB. |
| Agency Use Block (AUB) | No Date | 2 | Exemptions 6 and 7 of the FOIA 5 USC § 552 (b)(6) and (b)(7)(C) | The AUB is completed by the sponsoring agency that identifies the level and extra coverage requirements needed while conducting the background investigation. | DCSA-B 23-10987 Response In addition to what's cited above, a portion of the documents contain third party name(s) and contact information for those representing the sponsoring agency. |
| Questionnaire for National Security Positions (SF86) | November 18, 2019 | 30 | Exemptions 6 and 7 of the FOIA 5 USC § 552 (b)(6) and (b)(7)(C) | The Standard Form 86 "Questionnaire for National Security Positions" (SF-86) is a background investigation form needed for a security clearance for those seeking to occupy positions designated as National Security "Sensitive."  In most categories the instructions will state that individuals should not list information prior to their 18th birthday unless necessary to provide a minimum of two years history. | DCSA-B 23-10987 Response In addition to what cited above, the SF86 contains sensitive Personally Identifiable Information (PII) would include the individual's personal, financial, and medical information. Third party Sensitive Personally Identifiable Information relateing to third parties |

| | | | | | |
|---|---|---|---|---|---|
| SF86 Compact Copy | November 18, 2019 | 13 | Exemptions 6 and 7 of the FOIA 5 USC § 552 (b)(6) and (b)(7)(C) | The SF86 Compact Copy is an abbreviated version of the SF86.  This document is typically utilized by DCSA staff | DCSA-B 23-10987 Response  In addition to what cited above, the SF86 contains sensitive Personally Identifiable Information (PII) would include the individual's personal, financial, and medical information.  Third party Sensitive Personally Identifiable Information relateing to third parties. |
| Electronic Questionnaires for Investigation Processing (e-QIP) Signature Pages (4 unsigned and 4 signed ) | November 18, 2019 | 8 | Exemptions 6 and 7 of the FOIA 5 USC § 552 (b)(6) and (b)(7)(C) | Signature pages are a required part of an investigation as they authorize the Investigation Service Provider (ISP) to obtain necessary information responsive to the background investigation. | DCSA-B 23-10987 Response  In addition to what cited above, the SF86 contains sensitive Personally Identifiable Information (PII) would include the individual's full name, signature, social security number, date of birth, current mailing address, and/or telephone number. |
| Investigative Results Report (IRR) | No Date | 24 | Exemptions 6 and 7 of the FOIA 5 USC § 552 (b)(6) and (b)(7)(C)  FOIA Exemption (b)(3) (citing to The Bank Secrecy Act, 31 USC 5319)  FOIA Exemption (b)(7)(E) | The IRR contains results for all items in the investigation, to include record searches and source interviews.  The IRR is sequenced to match the headings and order of the CSS. | DCSA-B 23-10987 Response  In addition to what cited above, the IRR would include personal/source testimonies, financial, and medical information, as well as information pertaining to third-parties.  The results of the investigation checks conducted with the FinCEN and FBI among others and content that is inextricably linked to the individual , therefore not segregrateable. |
| Report from Central Verification System (CVS) | No Date | 2 | Exemptions 6 and 7 of the FOIA 5 USC § 552 (b)(6) and (b)(7)(C) | The CVS is routine system check of investigation management sytem | Sensitive Personally Identifiable Information (PII) would include the individual's full name, Social Security Number, Date of Birth, security clearance, and investigative information. |
| Military Discharge Check | No Date | 1 | Exemptions 6 and 7 of the FOIA 5 USC § 552 (b)(6) and (b)(7)(C) | A military discharge check searches an applicant's military records at the National Archives and Record Administration (NARA) and the Defense Personnel Records Information Retrieval System (DPRIS), including the National Guard. | Sensitive Personally Identifiable Information (PII) would include the individual's full name, Social Security Number, Date of Birth, and military service activities |

| | | | | | |
|---|---|---|---|---|---|
| DoD CAF TECT Consultation Form | May 6, 2020 | 2 | Exemptions 6 and 7 of the FOIA 5 USC § 552 (b)(6) and (b)(7)© FOIA exemption (b)(5) | Internal communication between adjudicator and subject matter representatives seeking professional insight. | Sensitive Personally Identifable Information would include Name, Social security number and other personnel information uniquely linked to the individual. Predecisional deliberative process communications. |
| DCSA Memorandum, Claim Subject's Primary Designated Office of Responsibility | January 14, 2021 | 1 | Exemptions 6 and 7 of the FOIA 5 USC § 552 (b)(6) and (b)(7)(C) | Request for agency to identify a primary office of responsibility | Sensitvie Personally Identifiable Information would include the individual's name and social security number. |
| Acknowledgement of Receipt of DCSA Claim Memorandum | No Date | 2 | Exemptions 6 and 7 of the FOIA 5 USC § 552 (b)(6) and (b)(7)(C) | Acknowledgment Receipt of Claim Memo, signed by unit. | Sensitvie Personally Identifiable Information would include the individual's name and social security number. |
| Air Force Memorandum, Request for SCI-ICD 704 Adjudications | June 23, 2021 | 1 | Exemptions 6 and 7 of the FOIA 5 USC § 552 (b)(6) and (b)(7)(C) | Memo from unit requesting adjudication | Sensitvie Personally Identifiable Information would include the individual's name and social security number, and third party information pertaining to a DoD employee |
| News Article | No Date | 8 | Exemptions 6 and 7 of the FOIA 5 USC § 552 (b)(6) and (b)(7)(C) | Publicly available information gathered as part of the continuous evaluation program | |
| Defense Information System for Security Screenshot | No Date | 1 | Exemptions 6 and 7 of the FOIA 5 USC § 552 (b)(6) and (b)(7)(C) | Personnel security information contained within a national security system | Sensitive Personally Identifiable information would include the individual's name, DoB, POB, and other security information related to the indvidual |
| NBCNews Article | April 13, 2023 | 3 | Exemptions 6 and 7 of the FOIA 5 USC § 552 (b)(6) and (b)(7)(C) | Publicly available information gathered as part of the continuous evaluation program | |
| Executive Summary | No Date | 2 | Exemptions 6 and 7 of the FOIA 5 USC § 552 (b)(6) and (b)(7)© FOIA exemption (b)(5) | Report prepared by CAS seeking advise from agency officials and General Counsel on a course of action. | Sensitive Personally Identifable Information would include Name, Social security number and other personnel information uniquely linked to the individual. Predecisional deliberative process communications. |