**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **WP COMPANY LLC**<br>**d/b/a THE WASHINGTON POST,**<br><br>     **Plaintiff,**<br><br>     v.<br><br>**DEFENSE COUNTERINTELLIGENCE AND**<br>**SECURITY AGENCY,**<br><br>     **Defendant.** | **Case No. 1:23-cv-3333-TJK** |

## <u>NOTICE OF SUPPLEMENTAL AUTHORITY</u>

Plaintiff WP Company LLC d/b/a The Washington Post (the "Post") respectfully submits this Notice of Supplemental Authority to inform the Court of the that the U.S. District Court for the District of Massachusetts has sentenced Jack Teixeira to 15 years in prison, followed by three years of supervised release.  *See* Press Release, Former Air National Guardsman Sentenced to 15 Years in Prison for Unlawfully Disclosing Classified National Defense Information, U.S. Attorney's Office for the District of Massachusetts (Nov. 12, 2024), https://www.justice.gov/usao-ma/pr/former-air-national-guardsman-sentenced-15-years-prison-unlawfully-disclosing-classified.  This development is relevant to Defendant's argument on summary judgment (Dkt. 20 at 6-7) that because, at the time of the briefing, Teixeira had not been sentenced, he had heightened privacy interests that justified withholding responsive records.  *See also* Dkt. 21 at 7; Dkt. 22 at 6.

Dated:  November 15, 2024          Respectfully submitted,

BALLARD SPAHR LLP

*/s/Matthew E. Kelley*
Charles D. Tobin (#455593)
Matthew E. Kelley (#1018126)
1909 K Street, NW, 12th Floor
Washington, DC 20006
Telephone: (202) 661-2200
Fax: (202) 661-2299
tobinc@ballardspahr.com
kelleym@ballardspahr.com

*Counsel for Plaintiff WP Company LLC*
*d/b/a The Washington Post*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that, on this date, I caused the foregoing to be filed and served electronically via the Court's ECF system upon counsel of record.


Dated:  November 15, 2024                    <u>*/s/Matthew E. Kelley*</u>
                                                          Matthew E. Kelley