UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WP COMPANY LLC,<br><br>    Plaintiff,<br><br>v.<br><br>DEFENSE COUNTERINTELLIGENCE AND SECURITY AGENCY,<br><br>    Defendant. | Civil Action No. 23-3333 (TJK) |

## NOTICE OF FILING

Pursuant to the Court's February 4, 2025, Minute Order, Defendant, the Defense Counterintelligence and Security Agency, by and through undersigned counsel, hereby gives notice that it has provided the Court with complete and unredacted copies of the records at issue in this case, which were delivered to the Court's chambers earlier today. The files are being provided to the Court for *in camera* review pursuant to the Court's instructions in the February 4, 2025, Minute Order.

Dated: March 3, 2025
Washington, DC

Respectfully submitted,

EDWARD R. MARTIN, JR., D.C. Bar #481866
United States Attorney

By:   */s/ Kartik N. Venguswamy*
KARTIK N. VENGUSWAMY
D.C. Bar #983326
Assistant United States Attorney
601 D Street, NW
Washington, D.C. 20530
(202) 252-1790
kartik.venguswamy@usdoj.gov

*Attorneys for the United States of America*